UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60553-CIV-DIMITROULEAS

PROMOS4SALE.COM, LLC,
a Florida Limited Liability Company,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

FEDEX CORP., a Delaware Corporation,

    Defendant.
_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff PROMOS4SALE.COM, LLC's Notice of Voluntary Dismissal without Prejudice (the "Notice") [DE 12], filed herein on March 28, 2022. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 12] is hereby **APPROVED;**

2. This case is **DISMISSED WITHOUT PREJUDICE**;

3. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of March, 2022.

*[Signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record